# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EYAN RENDELL ANDERSON,<br><br>Petitioner,<br><br>v.<br><br>JAMES E. MACDONALD,<br>Warden,<br><br>Respondent. | Case No. SA CV 11-1248 VBF (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: 10-11-11

_____
HON. VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE